## STATE OF CONNECTICUT *v.* DONNIE LEWIS GILBERT

*Conrad Ost Seifert*, special public defender, in support of the petition.

*Michael L. Regan*, senior assistant state's attorney, in opposition.

Decided May 19, 1999

## MARY G. ISAAC *v.* TRUCK SERVICE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 52 Conn. App. 545 (AC 17072), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the doctrine of claim preclusion did not bar the plaintiff's action?"

The Supreme Court docket number is SC 16109.

*James V. Somers*, in support of the petition.

*John Thomas Scully*, in opposition.

Decided May 19, 1999